UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 3 1 2019
Clerk, U.S. District and
Bankruptcy Courts

MEREDITH McGLOWN,

  Plaintiff,

v.                Civil Action No. 19-3180 (UNA)

U.S. DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

  Defendants.

## MEMORANDUM OPINION

  This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. Plaintiff alleges that defendants "sent a known terrorist cell to murder [her] for no apparent reason other than to claim [her] assets & [her] governmental contracts after being in some risky business with Asia & New Korea." Compl. at 4. She further alleges that she has been monitored without a court order, raped, sodomized, and, cross-bred with animals. *Id.* Plaintiff also accuses defendants of having "tried to sell [her] to Ireland and other foreign countries" and having "assisted in the murder of innocent children." *Id.* It is not clear from the complaint and its attachments what relief plaintiff demands.

  The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *see Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact."). Having reviewed the complaint, the Court concludes that the factual contentions of plaintiff's complaint are baseless and wholly incredible.

Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 31, 2019

CHRISTOPHER R. COOPER
United States District Judge